| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

KATHLEEN LOUISE GOBERT, §
§
     Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:07-CV-835
§
UNITED STATES POSTAL SERVICE, §
§
     Defendant. §

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. Pending before the Court are the plaintiff's motions for a temporary injunction (#3, #5).

On January 17, 2008, Judge Giblin issued a report and recommendation (#11) on the motions. He recommended that the Court deny the motions for a temporary injunction. No party has filed objections to the magistrate judge's report in accordance with 28 U.S.C. § 636(b). After review, the Court finds that Judge Giblin's findings and recommendation should be accepted. The Court **ORDERS** that the report and recommendation (#11) is **ADOPTED.** Pursuant to the report, the Court **ORDERS** that the plaintiff's motions for a temporary injunction (#3, #5) are **DENIED**.

    SIGNED at Beaumont, Texas, this 6th day of February, 2008.

                                           */s/ Marcia A. Crone*
                                            MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE